■ In the Matter of ANDERSON WETHINGTON, Appellant, v LINDA COLE, as Inmate Record Coordinator of the Mohawk Correctional Facility, et al., Respondents. [612 NYS2d 1017] — Judgment unanimously affirmed. Memorandum: We conclude that respondents properly computed petitioner's sentences. Because petitioner was sentenced as a second felony offender, the sentence must run consecutively to his undischarged sentence of imprisonment by operation of law (Penal Law § 70.25 [2-a]). The contention that petitioner's sentence does not reflect the purported plea bargain agreement is unsupported by the record. Petitioner's remedy is to apply to the sentencing court for resentencing *(see,* CPL 440.20 [1]). (Appeal from Judgment of Supreme Court, Oneida County, Parker, J. —Article 78.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST LOTT, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed *(see, People v Parks,* 199 AD2d 1025). (Appeal from Judgment of Erie County Court, D'Amico, J.—Murder, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR ROWELL, Also Known as RONNIE RASPBERRY, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RAMON PENA, Also Known as RAMON EMILIO ARIAS, Appellant. [612 NYS2d 1018] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.